

# NUMBER 13-19-00235-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

QUENTIN RIOS,                                                 **Appellant,**

v.

THE STATE OF TEXAS,                                     **Appellee.**

---

### On appeal from the 319th District Court
### of Nueces County, Texas.

---

# ORDER ABATING APPEAL

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Order Per Curiam

This matter is before the Court because the reporter's record has not been filed. The clerk's record was filed on July 12, 2019. A supplemental clerk's record contains an order appointing new counsel on September 24, 2019. On November 4, 2019, the Clerk of the Court notified appellant's newly appointed counsel she had failed to request the reporter's record and requested that she forward proof of compliance to the Court within

ten days. Counsel has failed to file a response and the reporter's record has not been filed.

This situation requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(2). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine: (1) whether appellant desires to prosecute this appeal; (2) whether appellant is indigent; (3) whether appellant is entitled to a free appellate record and appointed counsel due to his indigency; and (4) what steps are necessary to ensure the prompt preparation of a complete reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of November, 2019.